STATE TROOPERS FRATERNAL ASSOCIATION, INC., *ET AL.* v. STATE OF NEW JERSEY, DEPARTMENT OF LAW AND PUBLIC SAFETY, *ET AL.*

September 21, 1972. Petition for certification granted. (See 119 *N. J. Super.* 375).

STATE OF NEW JERSEY v. ANTHONY JOHN LA PORTE.

September 21, 1972. Petition and cross-petition for certification granted. (See 122 *N. J. Super.* 522).

STATE OF NEW JERSEY v. QUINTON WRIGHT.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. GERALD KARR, *ET AL.*

September 21, 1972. Petition for certification denied. (See 119 *N. J. Super.* 385).

STATE OF NEW JERSEY v. WOODROW SCOTT.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN JACKSON.

September 21, 1972. Petition for certification denied.